IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RODNEY A. SWOPE, | : | Case No. 4:13-CV-2257 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| THE NORTUMBERLAND NATIONAL BANK and J. TODD TROXELL, Individually and in his official capacity as Senior Vice President of Lending and Loan Administration for The Nortumberland National Bank, and JOHN DOES 1-10, | : | |
| Defendants. | : | |

## ORDER

September 22, 2014

The undersigned has given full and independent consideration to the April 1, 2014 report and recommendtion of Chief Magistrate Judge Martin C. Carlson (ECF No. 23) regarding Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 15). The Plaintiff filed an Objection (ECF No. 27) to the report and recommendation.

This Court has considered the Plaintiff's Objections with appropriate scrutiny. Because this Court agrees with Chief Magistrate Judge Carlson's

recommendations, the Court will not rehash the reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

NOW, THEREFORE, IT IS HEREBY ORDERED that Chief Magistrate Judge Carlson's Report and Recommendation (ECF No. 23) is ADOPTED and Defendants' motion to dismiss the amended complaint (ECF No. 15) is GRANTED as follows:

1. Plaintiff's claims for alleged violations of federal law brought under 42 U.S.C. § 1983 are DISMISSED.

2. This Court declines to exercise supplemental jurisdiction over the plaintiff's supplemental state-law claims pursuant to 28 U.S.C. § 1367(c)(3).  We dismiss these state-law claims without prejudice so that plaintiff has leave to re-file in state court, if he so chooses.

3. The Clerk is directed to CLOSE the case.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge